[No. 42959-4-II.   Division Two.   January 22, 2014.]

*In the Matter of the Marriage of* VERNON RUSSELL BLANK II, *Respondent*, and AMANDA L. BLANK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-04576-9, Elizabeth P. Martin, J., entered December 9, 2011. *Remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Spearman and Maxa, JJ.

[No. 43226-9-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHEN R. WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00195-4, Toni A. Sheldon, J., entered March 13, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Hunt and Maxa, JJ.

[No. 43456-3-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KELLY EARNEST MERZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-03758-6, Vicki L. Hogan, J., entered May 18, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43462-8-II.   Division Two.   January 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRYL AUSTIN SATCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00908-6, Bryan E. Chushcoff, J., entered April 20, 2012. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Schindler and Maxa, JJ.